IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **Quentin Cody Lee**, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**Megatel Homes, LLC**,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§  Civil Action No. 3:20-cv-00056-N<br>§<br>§<br>§<br>§ |

## ORDER

Counsel for Plaintiff, Travis Gasper, having filed with this Court his Unopposed Motion to Withdraw and the Court having reviewed same, it is hereby ORDERED that Travis Gasper is granted leave to withdraw as counsel for Plaintiff.

Signed September 11, 2020.

_____
David C. Godbey
United States District Judge