IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| QUENTIN CODY LEE, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:20-CV-00056-N |
| MEGATEL HOMES LLC, | § § § | |
| Defendant. | § § | |

ORDER

On November 30, 2020, this case was stayed for arbitration. Since that time there has been no further activity in this case. Accordingly, this case is administratively closed for statistical purposes without prejudice

Signed September 14, 2022.

_____
David C. Godbey
Chief United States District Judge

ORDER – SOLO PAGE